# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DELEVIN BERRY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-101 |
| | * | |
| v. | * | |
| | * | |
| UNNAMED DEFENDANT, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's February 2, 2016 Report and Recommendation, dkt. no. 5, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court and Plaintiff's Objections, dkt no. 6, are **OVERRULED**.[1] The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma* pauperis.

---

[1] The majority of Plaintiff's Objections are illegible. The portions of Plaintiff's Objections which are legible are not responsive to the Magistrate Judge's Report and Recommendation.

AO 72A
(Rev. 8/82)

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_21\_\_ day of \_\_March\_\_, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA